IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| FRANCISCO FRANSON and JORDON TOPINIO,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; VINCENT MORRE; NELSON TAMAYORI; JOSEPH BECERA; and LOUIS M. KEALOHA,<br><br>        Defendants. | ) CIVIL NO. CV16-00096 DKW/KSC<br>)<br>) DECLARATION OF COUNSEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF COUNSEL

I, CURTIS E. SHERWOOD, do hereby declare as follows:

    1.    I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the Ninth Circuit. I am a member in good standing of all the aforementioned courts.

    2.    I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

    3.    In a letter dated August 17, 2016, Honolulu Police Department Police Chief Louis M. Kealoha ("Chief Kealoha") informed the Department of the Corporation Counsel ("COR"), through Kevin Sumida ("Mr. Sumida"), his attorney in the case Kealoha et al. v. Totto et al., Civ. No. 16-1-1166-6 ("Totto

lawsuit") that he will not consent to COR's continued representation of him in any civil matter in which he is currently a defendant. A waivable conflict of interest had been created as a result of Chief Kealoha and his wife filing the Totto lawsuit.

4. After being informed on August 17, 2016 of Chief Kealoha's refusal to provide his informed consent of the conflict of interest created by the Totto lawsuit, COR has begun the process of hiring special counsel to represent Chief Kealoha in the cases in which he is currently named as a defendant.

5. Chief Kealoha is not currently named as a defendant in the instant case.

6. Attached hereto as Exhibit "A" is a true and correct copy of a news article entitled "Kealohas file motion to dismiss federal prosecutor from grand jury investigation" published on July 21, 2016. The article and accompanying video can be found at http://khon2.com/2016/07/21/kealohas-file-motion-to-dismiss-federal-prosecutor-from-grand-jury-investigation/

7. Attached hereto as Exhibit "B" is a true and correct copy of a news article dated August 16, 2016 entitled "Kealohas' 'Bizarre' Legal Strategy: Filing Lawsuits and Going Public." The article and accompanying video can be found at http://www.civilbeat.org/2016/08/kealohas-bizarre-legal-strategy-filing-lawsuits-and-going-public/.

//

8. Attached hereto as Exhibit "C" is a true and correct copy of a KHON2 news article entitled "Newest police commissioner calls out colleagues, urges investigation into chief," published on August 3, 2016. The article and accompanying video can be found at http://khon2.com/2016/08/03/city-council-confirms-sheehans-appointment-to-honolulu-police-commission/

9. Attached hereto as Exhibit "D" is a true and correct copy of the Minute Order in Kaahu et al. v. City & Cnty. of Honolulu, et al., Civ. No. 14-00266 HG-RLP whereby the Honorable Judge Helen Gillmor denied Myles Breiner's Ex Parte Motion to Seal Memorandum of Law Re: Professional Rules of Conduct Rule 1.7 In Response to Order To Show Cause on the basis that "[t]he Court finds that the documents requested for filing under seal do not contain attorney-client privilege information."

10. Attached hereto as Exhibit "E" is a true and correct copy of an Order to Show Cause filed Aug 1, 2016 in Kaahu et al. v. City & Cnty. of Honolulu, et al., Civ. No. 14-00266 HG-RLP.

11. Attached hereto as Exhibit "F" is a true and correct copy of a KHON2 news article entitled "Police chief's attorney: Feds 'on an expedition' to indict someone", published on May 12, 2016. The news article and accompanying video can be found at http://khon2.com/2016/05/12/police-chiefs-attorney-feds-on-an-expedition-to-indict-someone/

12. Attached hereto as Exhibit "G" is a true and correct copy of the Complaint filed by attorney Myles Breiner on behalf of Jonah K. Kaahu and Donna Liaka Marie Kaahu in <u>Kaahu et al. v. City & Cnty. of Honolulu, et al.</u>, Civ. No. 14-00266 HG-RLP on June 9, 2014.

13. Attached hereto as Exhibit "H" is a true and correct copy of "Plaintiffs' [Revised] Opposition to 'Defendants Honolulu Police Department, City and County of Honolulu and Louis M. Kealoha's Motion For Summary Judgment" filed by attorney Myles Breiner on behalf of Jonah K. Kaahu and Donna Liaka Marie Kaahu in <u>Kaahu et al. v. City & Cnty. of Honolulu, et al.</u>, Civ. No. 14-00266 HG-RLP on July 8, 2016.

14. Attached hereto as Exhibit "I" is a true and correct copy of "Plaintiffs' Opposition to 'Defendant City and County of Honolulu's Motion to Dismiss Complaint,' Filed on March 6, 2016" filed by Myles Breiner on June 6, 2016 on behalf of Plaintiffs Francisco Franson and Jordon Topino in the instant case. <u>See also</u> ECF No. 23.

15. Attached hereto as Exhibit "J" is a true and correct copy of the Complaint in <u>Daphne S. Dinnan et al. v. et al. v. City & Cnty. of Honolulu et al.</u>, Civ. No. 14-00286 DKW RLP.

16. On August 8, 2016, at a hearing on a Motion for Summary Judgment, and subsequent to issuance of an Order to Show Cause by Judge Gillmor, attorney

Myles Breiner stated to Judge Gillmor that the plaintiffs in the Kaahu Plaintiffs lawsuit would be willing to dismiss out Chief Kealoha in his individual capacity, but not in his official capacity, if Breiner were allowed to continue to represent the plaintiffs in that case. Judge Gillmor rejected the offer, deeming it to be insufficient to cure the conflict.

17. Judge Gillmor appeared to suggest that dismissal of Chief Kealoha from the case in both his individual and official capacities would also be insufficient.

18. A true and correct copy of the transcript from the aforementioned hearing on August 8, 2016, is attached as Exhibit "K".

19. After Judge Gillmor's Order to Show Cause in Kaahu, and after Judge Gillmor issued a stay of proceedings in the Kaahu lawsuit, Mr. Breiner wrote a letter to COR, with copies sent to Judge Gillmor and attorney Kevin Sumida, conveying an offer to dismiss Chief Kealoha from the Kaahu lawsuit with prejudice.

20. I conveyed to Chief Kealoha, through Mr. Sumida, Mr. Breiner's offer, and was later informed that Chief Kealoha had accepted the same. Chief Kealoha's acceptance was communicated to Mr. Breiner, but no dismissal has yet been filed.

//

I, CURTIS E. SHERWOOD, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  Honolulu, Hawaiʻi, August 27, 2016.

                                                /s/ Curtis E. Sherwood
                                                CURTIS E. SHERWOOD